UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 19-MJ-0004 (Sealed) |
| MICHAEL EZEAGBOR, | : |
| Defendant. | : |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal this matter in its entirety and docket all entries in the case on the public docket. On January 8, 2019, the defendant was arrested and on January 9, 2019, he was presented in the District Court for the Western District of Texas. The government never filed a Motion to Seal this matter, but because all arrest warrants are automatically sealed by the clerk's office until the defendant's initial presentment in the District Court for the District of Columbia, the government has been informed that we must file a Motion to Unseal.

Respectfully Submitted,

Jessie K. Liu
United States Attorney

/s/
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017

## Certificate of Service:

On January 24, 2019, the government certifies that a copy of the government's Motion to Unseal has been sent via email to defendant's counsel, Joanne Slaight.

/s/
_____
Lindsay Suttenberg
Assistant United States Attorney

2