UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-MJ-0004 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL EZEAGOR | : | |
| Defendant. | : | |

### ORDER

Based upon the joint motion to continue the initial arraignment, and the entire record in this case,

It is this 28th day of January, 2019, hereby

ORDERED that the initial arraignment scheduled for January 29, 2019, be continued until February 28, 2019, at 1:45 p.m.; and

FURTHER ORDERED that based upon the representations of the parties and all of the circumstances of this case, the ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, so that the time between January 29, 2019 and February 28, 2019 shall be excluded from any calculation of time under the Speedy Trial Act.

UNITED STATES MAGISTRATE JUDGE
Deborah A. Robinson
United States Magistrate Judge