UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim No. 19-MJ-0004 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL EZEAGBOR | ) | |

**ORDER**

Upon consideration of the Motion to Unseal, it is this 28th day of January, 2019,

ORDERED that:

The above matter be unsealed.

HONORABLE JUDGE DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA