UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim No. 19-MJ-0004 |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL EZEAGBOR** | ) | Initial Arraignment: 4/8/19 |

## ORDER

Upon consideration of the Joint Motion to Continue Initial Arraignment, it is this ____ day of April, 2019,

ORDERED, that the initial arraignment in the above captioned matter will be continued to May 8, 2019 at: _____ , and it is further

ORDERED, that based upon the representations of the parties and all of the circumstances of this case, the ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, so that the time between April 8, 2019 and May 8, 2019 shall be excluded from any calculation of time under the Speedy Trial Act.

_____
HONORABLE JUDGE DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA