**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Criminal Case: 19-CR-0154 (TJK) |
| **v.** : | |
| : | |
| : | |
| **MICHAEL EZEAGBOR** : | |
| : | |

**UNITED STATES' NOTICE OF TRANSFER**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached form, which declares the defendant's intent to plead guilty in the Western District of Texas and notes the approval of the United States Attorneys for the District of Columbia and Western District of Texas. The government respectfully requests that the Clerk's office for the United States District Court of for the District of Columbia send the above-captioned case to the United States District Court for the Western District of Texas pursuant to Fed. R. Crim. P. 20.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 427845

By: _____/s/_____
Lindsay Suttenberg
D.C. Bar No. 978513
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7017
Email: Lindsay.Suttenberg@usdoj.gov