In the United States District Court

for the _____ District of __Columbia__

United States of America

v.

__Michael Ezeagbor__

Criminal No. 19-CR-0154 (TJK)

## Consent to Transfer of Case

## for Plea and Sentence

## (Under Rule 20)

I, __Michael Ezeagbor__, defendant, have been informed that a __n information__ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ *(guilty, nolo contendre)* to the offense charged, to consent to the disposition of the case in the __Western__ District of __Texas__ in which I __reside__ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: __5/13__, __2019__ at __10:24__

__M ie__
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

Approved

_____
United States Attorney for the
_____ District of
Columbia

_____
United States Attorney for the
__Western__ District of
Texas

FORM USA-153
SEP 82