CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:19-cr-00154-TJK-1

| | |
|---|---|
| Case title: USA v. EZEAGBOR<br>Magistrate judge case number: 1:19-mj-00004-DAR | Date Filed: 05/13/2019 |

Assigned to: Judge Timothy J. Kelly

**Defendant (1)**

| | | |
|---|---|---|
| MICHAEL EZEAGBOR | represented by | Joanne D. Slaight<br>LAW OFFICES OF JOANNE D. SLAIGHT<br>400 Seventh Street, NW<br>Suite 206<br>Washington, DC 20004<br>(202) 408-2041<br>Fax: (202) 628-0249<br>Email: jslaight@att.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2252(a)(4); ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Possession of Child Pornography<br>(1) | CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS ON 5/17/19. |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|

COMPLAINT in Violation of 18:2252 (a)(2) and (b)(1).

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Lindsay Jill Suttenberg**<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-7017<br>Fax: (202) 353-7634<br>Email: lindsay.suttenberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2019 | 1 | SEALED COMPLAINT as to MICHAEL EZEAGBOR (1). (Attachment: # 1 Affidavit) (zvt) [1:19-mj-00004-DAR] (Entered: 01/08/2019) |
| 01/15/2019 | 2 | Rule 5(c)(3) Documents Received as to MICHAEL EZEAGBOR from the U.S. District Court for the Western District of Texas (Austin). Case Number AU:19-M-00010(1). (zvt) (Additional attachment(s) added on 1/16/2019: # 1 Financial Affidavit) (zvt). [1:19-mj-00004-DAR] (Entered: 01/16/2019) |
| 01/24/2019 | 3 | JOINT MOTION to Continue Initial Arraignment by USA as to MICHAEL EZEAGBOR. (Attachment: # 1 Text of Proposed Order)(zvt) [1:19-mj-00004-DAR] (Entered: 01/25/2019) |
| 01/25/2019 | 4 | MOTION to Unseal Case by USA as to MICHAEL EZEAGBOR. (Attachments: # 1 Text of Proposed Order) (zhsj) [1:19-mj-00004-DAR] (Entered: 01/28/2019) |
| 01/28/2019 | 5 | ORDER granting 3 Motion to Continue Initial Appearance/Arraignment and for Speedy Trial Exclusion from 1/29/2019 to 2/28/2019, in the Interest of Justice, XT as to MICHAEL EZEAGBOR (1). Initial Appearance/Arraignment set for 2/28/2019 at 01:45 PM in Courtroom 6 before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Deborah A. Robinson on 1/28/2019. (zcal) [1:19-mj-00004-DAR] (Entered: 01/28/2019) |
| 01/28/2019 | 6 | ORDER granting 4 Motion to Unseal Case as to MICHAEL EZEAGBOR (1). Signed by Magistrate Judge Deborah A. Robinson on 1/28/2019. (zcal) [1:19-mj-00004-DAR] (Entered: 01/28/2019) |
| 01/28/2019 | | Case unsealed by Magistrate Judge Deborah A. Robinson as to MICHAEL EZEAGBOR. (zhsj) [1:19-mj-00004-DAR] (Entered: 01/28/2019) |
| 01/28/2019 | 7 | JOINT NOTICE of Amended Proposed Order for ECF Document 3 by USA |

| | | |
|---|---|---|
| | | as to MICHAEL EZEAGBOR. (Attachment: # 1 Text of Proposed Order) (zvt) [1:19-mj-00004-DAR] (Entered: 01/29/2019) |
| 02/21/2019 | 8 | Joint MOTION to Continue *Arraignment* by MICHAEL EZEAGBOR. (Attachments: # 1 Text of Proposed Order)(Slaight, Joanne) [1:19-mj-00004-DAR] (Entered: 02/21/2019) |
| 02/22/2019 | 9 | ORDER granting 8 Joint Motion to Continue the Initial Appearance and for Speedy Trial Waiver excluding time from 02/28/19-04/08/19 in the interest of justice X-T as to MICHAEL EZEAGBOR (1). Set/Reset Hearings as to MICHAEL EZEAGBOR: Initial Appearance continued to 4/8/2019 at 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Signed by Magistrate Judge G. Michael Harvey on 02/22/19. (ldc) [1:19-mj-00004-DAR] (Entered: 02/22/2019) |
| 04/04/2019 | 10 | Joint MOTION to Continue *Arraignment* by MICHAEL EZEAGBOR. (Attachments: # 1 Text of Proposed Order)(Slaight, Joanne) [1:19-mj-00004-DAR] (Entered: 04/04/2019) |
| 04/08/2019 | | JOINT ORAL MOTION to Continue Initial Appearance, JOINT ORAL MOTION for Speedy Trial Waiver by MICHAEL EZEAGBOR. (ldc) [1:19-mj-00004-DAR] (Entered: 04/08/2019) |
| 04/08/2019 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status Hearing as to MICHAEL EZEAGBOR held on 4/8/2019. Case called for Initial Appearance but was not held. Defendant's presence was waived by the Court. Parties continue to discuss a plea agreement. Joint Oral Motion to Continue Initial Appearance and Joint Oral Motion for Speedy Trial Waiver excluding time from 04/08/19-05/08/19 in the interest of justice X-T as to MICHAEL EZEAGBOR (1) heard and granted. Joint Motion 10 to Continue Arraignment by MICHAEL EZEAGBOR to be administratively closed by oral order of the Court. Initial Appearance set for 5/8/2019 at 01:45 PM in Courtroom 6 before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant not present/Defendant remains on Personal Recognizance in Texas; Court Reporter: FTR-Gold; FTR Time Frame: Ctrm 4 [1:29:10-1:41:27];[2:01:46-2:09:40]; Defense Attorney: Joanne Slaight; US Attorney: Lindsay Suttenberg; Pretrial Officer: Andre Sidbury; (ldc) [1:19-mj-00004-DAR] (Entered: 04/08/2019) |
| 05/05/2019 | 11 | Joint MOTION to Continue *Arraignment* by MICHAEL EZEAGBOR. (Slaight, Joanne) [1:19-mj-00004-DAR] (Entered: 05/05/2019) |
| 05/06/2019 | 12 | ORDER granting 11 Motion to Continue Initial Appearance and for Speedy Trial Waiver excluding time from 05/08/19 - 06/12/19 in the interest of justice X-T as to MICHAEL EZEAGBOR (1). Set/Reset Hearings as to MICHAEL EZEAGBOR: Initial Appearance continued to 6/12/2019 at 01:45 PM in Courtroom 7 before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge G. Michael Harvey on 05/06/19. (ldc) [1:19-mj-00004-DAR] (Entered: 05/06/2019) |
| 05/13/2019 | 13 | INFORMATION as to MICHAEL EZEAGBOR (1) count(s) 1. (ztl) (Entered: 05/14/2019) |
| | | |

| 05/14/2019 | 14 | NOTICE *Of Transfer of Case to Western District of Texas* by USA as to MICHAEL EZEAGBOR (Attachments: # 1 Signed Consent to Transfer Form)(Suttenberg, Lindsay) (Entered: 05/14/2019) |
|---|---|---|
| 05/17/2019 | 15 | CONSENT TO TRANSFER CASE for Plea and Sentence (Rule 20) to United States District Court for the Western District of Texas. Counts closed as to MICHAEL EZEAGBOR (1) Count 1. (ztl) (Entered: 05/22/2019) |